**The below described is SIGNED.**

**Dated: February 08, 2011** _____
                                **JOEL T. MARKER**
                              **U.S. Bankruptcy Judge**



_____

Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for U.S. Bank, N.A.
L&A Case No. 11-07195

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 10-36292 JTM |
| John Patrick Jaramillo, | (a Chapter 13 case) |
| Debtor. | Filed Electronically |
| | *Hearing February 9, 2011 @ 8:30 a.m.* |

ORDER TERMINATING THE AUTOMATIC STAY AND CO-DEBTOR STAY

U.S. Bank, N.A., its Successors and/or Assigns ("Creditor") filed a Motion for Termination

of the Automatic Stay and Co-debtor Stay.  There being no objection to the motion, and good cause

appearing therefore, it is hereby ORDERED, adjudged and decreed that the automatic stay and co-

**Filed: 02/07/11**

debtor stay in this case is terminated as to the real property of the debtor and co-debtor located at 1453 Lancelot Drive, West Valley City, in Salt Lake County, Utah, more particularly described as:

> Lot 850, Kingspointe Phase 8 Subdivision, according to the official plat thereof, recorded in Book 98-10P of Plats at Page 271, Records of Salt Lake County, State of Utah.
>
> Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

It is further ORDERED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the above-described property; and,

It is further ORDERED that Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. Creditor may contact the Debtors via telephone or written correspondence to offer such an agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

It is further ORDERED that, upon termination of the automatic stay and co-debtor stay, the Chapter 13 Trustee shall make no further distribution to Creditor on its secured claim, and Creditor

shall file, within 180 days for it to be allowed, an amended proof of claim showing the amount, if any, that should be paid through debtor's plan as an unsecured claim, for any deficiency balance, and shall serve a copy on the Chapter 13 Trustee.

——————————————————— End of Document ———————————————————

## CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

I certify that on _____ I sent a copy of the foregoing Order electronically or by first class mail to each of the following:

>Mark Middlemas
>Lundberg & Associates
>ECF
>>Attorneys for Creditor
>
>R. Stephen Moffat
>ECF
>>Attorney for Debtor
>
>Kevin Anderson
>ECF
>>Chapter 13 Trustee
>
>John Patrick Jaramillo
>327 North 900 West
>Salt Lake City, UT 84116
>>Debtor
>
>Debra L. Candelaria
>1453 West Lancelot Drive
>Salt Lake City, UT 84119
>>Co-Debtor

_____
United States Bankruptcy Clerk